# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY JANG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET CAMPUS HOUSING, INC., PROPERTY SOLUTIONS INTERNATIONAL, INC. and DOES 1 through 500,<br><br>Defendants. | Case No.: 2:15-cv-1067 JAK (PLAx)<br><br>**FINAL JUDGMENT**<br><br>**JS-6** |

The Court granted the Defendants' motion for summary judgment in the above-captioned action under Fed. R. Civ. P. 56(a), dismissing all of plaintiff's claims in the operative complaint. Accordingly, it is hereby:

ORDERED that final judgment shall be entered in favor of the defendants, without costs against any party.

Dated: June 2, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1